WALLACE, Administratrix, Respondent, vs. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, Appellant.

*April 20—May 10, 1904.*

*Robertson v. C., St. P., M. & O. R. Co., ante,* p. 66, followed.

APPEAL from an order of the circuit court for St. Croix county: E. W. HELMS, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Pierce Butler* and *Frawley, Bundy & Wilcox,* and oral argument by *Mr. Butler.*

For the respondent there was a brief by *F. D. Larrabee* and *Jas. A. Frear,* and oral argument by *N. H. Clapp.*

CASSODAY, C. J. In this case the plaintiff's intestate was killed in the same wreck mentioned in the case of *Robertson v. C., St. P., M. & O. R. Co., ante,* p. 66, 99 N. W. 433. The complaint in each case and the demurrer thereto are substantially the same. In this case the intestate was a resident and citizen of Minnesota at the time of his death, and the plaintiff is his widow, and was appointed personal representative by the court of Minnesota. The decision in the other case rules this case.

*By the Court.*—The order of the circuit court is affirmed.